**Order entered October 30, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00706-CV

### IN RE THE COMMITMENT OF DONALD RAY MILLAR, Appellant

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 84681**

## ORDER

The reporter's record in this case is overdue. By postcard dated June 25, 2018, we notified Latoya Young-Martinez, Deputy Official Court Reporter for the 196th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days.

By orders dated July 30, 2018, August 28, 2018, and September 14, 2018, we granted Ms. Young-Martinez's requests to extend time to file the reporter's record until September 24, 2018. To date, Ms. Young-Martinez has not filed the reporter's record, nor further corresponded with the Court regarding the status of the reporter's record.

Accordingly, we **ORDER** Latoya Young-Martinez to file the reporter's record within **TEN DAYS** of the date of this order. We expressly **CAUTION** Ms. Young-Martinez that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms.

Young-Martinez comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Andrew Bench
Presiding Judge
196th Judicial District Court

Donita Robbins
Official Court Reporter
196th Judicial District Court

LaToya Young-Martinez
Deputy Official Court Reporter
196th Judicial District Court

All parties

/s/    CAROLYN WRIGHT
CHIEF JUSTICE